IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAINTING INDUSTRY OF HAWAII HEALTH AND WELFARE FUND, etc. et al., | ) ) ) ) | CV 05-00218DAE-LEK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| DECOR BUILDERS, INC. A HAWAII CORPORATION, | ) ) ) | |
| Defendant(s). | ) ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

Findings and Recommendation having been filed on November 9, 2005, and served on November 9, 2005 and December 7, 2005, no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order Adopting Magistrate Judge's Findings of Fact and Recommendation to Enter Default Judgment and Award Damages Against Defendant Decor Builders, Inc.;

Declaration of Aileen Murakami; Declaration of Valerie M. Kato; Exhibit "A" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2006.



_____
David Alan Ezra
United States District Judge

---

CV 05-00218DAE-LEK Painting Industry of Hawaii Health and Welfare Fund etc et al v. Decor Builders, Inc.
Order Adopting Magistrate's Findings and Recommendation